UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 SEP -7 A 9:29

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORP., : <br> as Receiver for Burritt Interfinancial <br> Bancorporation, : <br> <br> Plaintiff, : <br> <br> VS. : <br> <br> KNOLLWOOD DEVELOPMENT ASSOC., : <br> et al., : <br> <br> Defendants. | Docket No. 3:00CV555 (JCH) <br><br><br><br><br><br><br><br> September 3, 2004 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In lieu of plaintiff's counsel of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Christine Sciarrino*

CHRISTINE SCIARRINO
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3780
FEDERAL BAR NO. CT3393

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 3rd day of September, 2004, to:

William L. Stevens, Esq.
St. John, Scappini, Lombard & Stevens
13 First Avenue
Waterbury, CT   06710-2290


_____
CHRISTINE SCIARRINO